UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00180-FDW-DSC

| | |
|---|---|
| BRYAN VALENCIA, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| ANDI VALENTINO INVESTMENTS, INC. and GILMER ALFARO, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on the parties' Consent Motion to Dismiss this matter with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 10). Upon review of the record, and for the reasons set forth in the parties' Motion, the Court GRANTS the Motion to Dismiss (Doc. No. 10).

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own respective costs. The Clerk of this Court is respectfully requested to CLOSE THIS CASE.

IT IS SO ORDERED.

Signed: November 16, 2021

Frank D. Whitney
United States District Judge