# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Bryan Valencia, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00180-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Gilmer Alfaro | ) | |
| Andi Valentino Investments, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2021 Order.

November 16, 2021

Frank G. Johns, Clerk
United States District Court